U.S. District Court,
District of Connecticut

Edan F. Calabrese

vs.

The Connection, Inc.,
Parole Officer J. Moore,
And ~~Jake~~ Villeneuve

No. 3:10cv00822 AVC

March 2011

FILED 2011 MAR -9 P 2:06 US DISTRICT COURT HARTFORD CT

Motion For Enlargement of Time
To Respond To Interrogatories and
Requests Dated September 29, 2010

On March 7, 2011, Edan Calabrese, for the first time, saw The Connection's and J. Villeneuve's discovery, as ostensibly propounded on Sept. 29, 2010. Calabrese moves that he be given one month ~~thirty days~~ from the date of this document to respond to said matters of discovery. Calabrese moves for an order of April 8, 2011.

Eden A. Caldera, P.O. Box 555, New Haven, Conn., 06508;
203-752-~~1467~~ 1476

# ORDER

Granted \ Denied

Judge Covello

## Certification

Mailed on 3-8-11 by first class U.S. post to Atty. Federico, 65 Wethersfield Ave., Hartford, Conn., 06114-1190; Atty. Strom, 110 Sherman St., Htfd., Conn., 06105.

Eden A. Caldera