U.S. District Court
District of Connecticut

E.F. Calabrese
vs.
The Correction, Inc.
Parole officer Moore,
Jake Villeneuve

No. 3:10 CV 00822 AVC

United States District Court
District of Connecticut
FILED AT HARTFORD
3/16/11
Roberta D. Tabora, Clerk

Motion For Sanction And ORDER

Calabrese moves that the Court enter an order by which Ms. Federico is forbidden from calling, or in any way contacting, Calabrese's elderly and unwell mother. She is seventy-eight years old. Ms. Federico has called her in the past. Calabrese moves that the court impose a money sanction against Ms. Federico and against Howd and Ludorf for

the cost of this motion and for disturbing Calabrese's mother.

Edan F. Calabrese
P. O. Box 555
New Haven, Conn., 06503
203-752-1476

ORDER
---

Granted / Denied.

_____
Judge

Certification
---

On 3-15-11 mailed by first class U.S. Post to Ms. Federico, 65 Wethersfield Ave., Htfd., Conn., 06114-1190; Mr. Strom, 110 Sherman St., Htfd., Conn., 06105. Edan F. Calabrese