United States District Court
For the District of Connecticut

- - - - -
Edan F. Calabrese
  vs.
The Connection, et al.
- - - - -

3:10CV00822 AVC

FILED
2011 APR 18 P 1:56
US DISTRICT COURT
HARTFORD CT

## Motion For Protective Order

Pursuant to FRCP Rule 26 Calabrese moves for a protective order by which Calabrese's deposition, scheduled for 10:00 a.m. on April 15, 2011 be ordered by the court to be re-scheduled, ~~$ $ $~~ but no earlier than at 2:00 p.m. Calabrese is not a practising attorney, but is an hourly wage earner. A morning deposition will cause Calabrese to lose a full day of pay.

In the court file is Calabrese's "Motion For Order regarding Hearing Time", which is dated June 4, 2010, and which was mailed

Mr. Strom, the person who has given notice of said deposition. Said motion by the undersigned gave notice to Mr. Strom of Calabrese's need for afternoon court hearings. The same holds true for depositions.

An afternoon deposition is oppressive and burdensome to the undersigned in that not only will he likely lose a full-day of pay, but he may have his job jeopardized by missing a full day of work. Under these circumstances, it seems that ordinary courtesy militates towards an afternoon ~~time~~ deposition time.

WHEREFORE, the undersigned moves that the court order that no depositions in this case be scheduled for earlier than 2:00 p.m. or 3:00 p.m.; and that the court order that Calabrese's deposition may not be taken on any

day until May 15, 20011, or later.

[Ms. Federico has no objection to my deposition being taken later in the day. Calabrese has been unable to speak to Mr. Strom despite ~~two~~ three telephone attempts and one letter. It also appears from Ms. Federico's message that she does not object to a different day for the deposition.]

Evan F. Calabrese
P.O. Box 555
New Haven, Conn., 06503
203-752-1476
203-444-4514

## ORDER

Granted / Denied

_____
Judge

## Certification

Mailed on 4-11-11 by first class U.S. post to S. Strom, 110 Sherman St., ~~Htfd~~ Htfd., Conn., 06105; Ms. Federico, 65 Wethersfield Ave., Htfd., Conn., 06114-1180.

E. F. Calabrese